UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:13-cv-01077-JRG-RSP

Name of party requesting extension: Kyocera Communications, Inc. et al.

Is this the first application for extension of time in this case?  ☑ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 12/12/13

Number of days requested:  ☐ 30 days  ☐ 15 days  ☑ Other 33 days

New Deadline Date: 2/4/14   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Richard J. Johnson
State Bar No.: 499572 (D.C.)
Firm Name: Jones Day
Address: 2727 North Harwood Street
         Dallas, Texas 75201-1515

Phone: (214) 220-3939
Fax: (214) 969-5100
Email: jjohnson@jonesday.com

A certificate of conference does not need to be filed with this unopposed application.